UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) |
| Plaintiff, | ) Civil Case No. 2:23-cv-01018-TSB-KLL |
| v. | ) |
| JOHN DOE subscriber assigned IP address 174.105.17.198, | ) |
| Defendant. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITH PREJUDICE OF JOHN DOE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 174.105.17.198, are voluntarily dismissed with prejudice.

Dated: July 10, 2023

Respectfully submitted,

By: /s/ *John C. Ridge*
John C. Ridge, Esq. (0086046)
**RIDGE LAW, LLC**
3136 Kingsdale Center #119
Upper Arlington, Ohio 43221
Tel.: 614-561-7541
Fax: 614-799-2506
E-mail: jridge@ridge-law.com
*Trial Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system

By: */s/ John C. Ridge*